IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BOBBY LEE VICKERY, #1258343**, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:10-CV-492-L** |
| | § | |
| **RICK THALER, Director**, | § | |
| **Texas Department of Criminal Justice**, | § | |
| **Correctional Institutions Division**, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Bobby Lee Vickery's Petition for Writ of Habeas Corpus, filed March 10, 2010. The case was referred to Magistrate Judge Wm F. Sanderson, Jr., who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 23, 2010. Petitioner filed no objections to the Report.

This is a habeas petition filed pursuant to 28 U.S.C. § 2254. Petitioner is a state prisoner challenging a conviction he received in Tarrant County, Texas. Tarrant County is located in the Forth Worth Division of the Northern District of Texas. *See* 28 U.S.C. § 124(a)(2). The magistrate judge recommends that this court transfer this habeas action to the Forth Worth Division of the Northern District of Texas because this case arose there.

After reviewing the findings and record in this case, the court **determines** the findings and conclusions of magistrate judge are correct. The court therefore **accepts** them as those of the court. This action is accordingly **transferred** to the Forth Worth Division of the Northern District of Texas, pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of the parties and witnesses, in the

interest of justice." The clerk of the court shall effect the transfer in accordance with the usual procedure.

**It is so ordered** this 12th day of April, 2010.

_____
Sam A. Lindsay
United States District Judge